IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM S. DAVIS,           )
                                )
            Plaintiff,      )     No. 1:19-cv-08080
                                )
v.                        )     Assigned Judge:  Hon. Manish S. Shah
                                )
HOMETOWN NATIONAL BANK and )
EXPERIAN INFORMATION     )
SOLUTIONS, INC.,          )
                                )
            Defendants.    )

## <u>FIRST AMENDED REQUEST TO ADMIT FACTS AND GENUINENESS OF DOCUMENTS TO PLAINTIFF, WILLIAM S. DAVIS</u>

**WARNING:  IF YOU FAIL TO SERVE THE RESPONSE REQUIRED BY RULE 216 WITHIN 28 DAYS AFTER YOU ARE SERVED WITH THIS DOCUMENT, ALL THE FACTS SET FORTH IN THE REQUESTS WILL BE DEEMED TRUE AND ALL THE DOCUMENTS DESCRIBED IN THE REQUETS WIL BE DEEMED GENUINE.**

Now comes certain Defendant, Hometown National Bank, by and through its attorneys, Herbolsheimer, Duncan, Eiten, Hintz, and Klinefelter, P.C., William P. Hintz of counsel, and hereby serves upon the Plaintiff, William S. Davis, the following Request to Admit.  Plaintiff is requested to respond to the request within 30 days.

1.     Admit that the information in attached document with the control number ending 43001 was accurate on the date it was submitted, June 26, 2018.

2.     Admit that the information in the attached document with the control number ending 49001 was accurate on the date it was submitted, September 26, 2018.

3.     Admit that the information in the attached document with the control number ending 30102 was accurate on the date it was submitted, July 5, 2018.

4.     Admit that the information in the attached document with the control number ending 30101 was accurate on the date it was submitted, July 5, 2018.

5.     Admit that the information in the attached document with the control number ending 61079 was accurate on the date it was submitted, June 8, 2018.

Hometown National Bank,

By _____
    One of Its Attorneys

William P. Hintz
Attorney at Law
ARDC No. 6185407
Herbolsheimer, Duncan,
  Eiten, Hintz, and Klinefelter, P.C.
654 First Street, Suite 400
LaSalle, IL 61301
Telephone: (815) 223-0111
whintz@hlhdr.com

2

**Return this dispute response to:**

Experian
601 Experian Pkwy, Allen, TX, 75013

Control # : 2883636743001

| | |
|---|---|
| FAX # : | FCRA Response Due Date: 06-29-2018 |
| Account Number: 26060000000010 | Response Date: |
| Subscriber Code: Hometown National Bank/2109780 | Response Code: 22: Updated disputed account information. Additional account information was also updated. |

On the lines below, S indicates the Response element is the Same as in the Request, D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: WILLIAM | S | First Name: WILLIAM |
| Middle Name: S | S | Middle Name: S |
| Last Name: DAVIS | S | Last Name: DAVIS |
| Generation Code: | U | Generation Code: |
| Address: 3705 HIGHWAY 8 WEAT, MENA, AR, 71953 | S | Address: |
| Prev First Name: | U | Prev First Name: |
| Prev Middle Name: | U | Prev Middle Name: |
| Prev Last Name: | U | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: | U | Prev. Address: |
| SSN: ▓▓▓ | S | SSN: ▓▓▓ |
| DOB: ▓▓▓ | S | DOB: ▓▓▓ |
| Telephone Number: | | Telephone Number: |
| 2nd Prev. Address: -.- | | |

Consumer States/Comments:

| | |
|---|---|
| Dispute Code 1: | 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account information. |
| Dispute Code 2: | |
| FCRA Relevant Information: | THIS PROPERTY WAS FORECLOSED UPON IN DECEMBER OF 2013. I HAVE COURT DOCUMENTATION VERIFYING SAID TRANSACTION. |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 84 | | | OPEN/CURRENT | 10-26-2007 | $14472 | $14632 | $13373 | | |
| 94 | L | | | 10-26-2007 | $0 | $0 | $13373 | | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5A | | | | M | 05-31-2018 | | 09-29-2011 | $161 | I | | |
| 5A | | M | | | 06-26-2018 | 12-27-2013 | 09-29-2011 | | I | | 09-01-2011 |

| Compliance Condition Code | SCC | Original Creditor | | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | HOMETOWN NATIONAL BANK | | | 08 | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |

| | |
|---|---|
| Remarks: | DF Contact #: (815) 223-7300 |

## Account History – Request

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | 6 | 6 |
| 2017 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2016 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2015 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2014 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2013 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2012 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 4 |
| 2011 | 3 | 2 | 1 | 1 | 0 | 0 | 0 | | | | | |

## Account History – Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | 0 | 0 | | | |
| 2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2016 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2015 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2013 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2012 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 4 |
| 2011 | 3 | 2 | 1 | 1 | 0 | 0 | 0 | | | | | |

| Associated Consumer 1 | | | | | | | Associated Consumer 2 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name: | | | | | | | Name: | | | | | |
| Address: | | | | | | | Address: | | | | | |
| SSN: | | DOB: | | | | | SSN: | | DOB: | | | |
| Telephone Number: | | | | | | | Telephone Number: | | | | | |
| ECOA/Consumer Information Indicator: / | | | | | | | ECOA/Consumer Information Indicator: / | | | | | |

### Images Information

| Associated Images: | No | Image Access Indicators: | #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|---|---|---|

Submitted By: chris wren  (855) 223-7300     Date: 06-26-2018

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

| Return this dispute response to: | | |
|---|---|---|
| Experian | | Control # : 114526614909T |
| 601 Experian Pkwy, Allen, TX, 75013 | | |
| FAX # : | | FCRA Response Due Date: 10-05-2018 |
| Account Number: 60001134000000050 | | Response Date: |
| Subscriber Code: Hometown National Bank/2109780 | | Response Code: 22 Updated disputed account information. Additional account information was also updated. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: WILLIAM | S | First Name: |
| Middle Name: | U | Middle Name: |
| Last Name: DAVIS | S | Last Name: |
| Generation Code: | U | Generation Code: |
| Address: 3705 W HIGHWAY 8, MENA, AR, 71953 | S | Address: |
| Prev First Name: | U | Prev First Name: |
| Prev Middle Name: | U | Prev Middle Name: |
| Prev Last Name: | U | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: | D | Prev Address: 2315 First Street, Peru, IL, 61354 |
| SSN: | S | SSN: |
| DOB: | S | DOB: |
| Telephone Number: | | Telephone Number: |
| 2nd Prev. Address: -,- | | |
| Consumer States/Comments: | | |
| Dispute Code 1: 106:Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. | | |
| Dispute Code 2: | | |
| FCRA Relevant Information: NEVER LATE//CURR ACCT//ACT. DT:09/11/18 | | |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 84 | | | OPEN/OPEN/R0 | 12-23-2005 | $110209 | $63289 | $84500 | | |
| 94 | L | | | 12-23-2005 | $0 | $0 | $84500 | | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | | | M | 08-31-2018 | | 08-08-2011 | $843 | I | | |
| 26 | | M | 30 | M | 09-25-2018 | | 08-08-2011 | $843 | I | | 09-01-2011 |

| Compliance Condition Code | SCC | Original Cr. Name | | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | Hometown National Bank | | 08 | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |

| Remarks: | DF Contact #: (815) 220-2221 |
|---|---|

DRAFT

**Account History – Request**

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | 0 | 0 |
| 2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2016 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2015 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2013 | 0 | 0 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2012 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 2011 | 0 | 0 | 0 | 0 | | | | | | | | |

**Account History – Response**

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | 0 | 0 | | 0 | | | 0 |
| 2017 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2016 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2015 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 2013 | 0 | 0 | 6 | 6 | 6 | 6 | 6 | 6 | | 6 | 6 | 6 |
| 2012 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 4 | 3 | 2 | 1 | |
| 2011 | 0 | 0 | 0 | 0 | | | | | | | | |

| Associated Consumer 1 | | | | Associated Consumer 2 | | | |
|---|---|---|---|---|---|---|---|
| Name: | | | | Name: | | | |
| Address: | | | | Address: | | | |
| SSN: | | DOB: | | SSN: | | DOB: | |
| Telephone Number: | | | | Telephone Number: | | | |
| ECOA/Consumer Information Indicator: / | | | | ECOA/Consumer Information Indicator: / | | | |

**Images Information**

| Associated Images: | No | Image Access Indicators: | #1 | | #2 | | #3 | | #4 | | #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Submitted By:  chris wren                     1-(866)-223-7300                     Date:  09-26-2018

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

**Return this dispute response to:**

Equifax
1550 Peachtree St, Atlanta, GA, 30309

Control # : 9999816491341130102

| | |
|---|---|
| FAX # : | |
| Account Number: 26060000000010 | FCRA Response Due Date: 07-05-2018 |
| Subscriber Code: Hometown National Bank/559BB07406 | Response Date: |
| | Response Code: 22:Updated disputed account information. Additional account information was also updated. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| **Request Data** | | **Verif Ind** | **Response Data** | |
|---|---|---|---|---|
| First Name: | WILLIAM | S | First Name: | WILLIAM |
| Middle Name: | S | S | Middle Name: | S |
| Last Name: | DAVIS | S | Last Name: | Davis |
| Generation Code: | | | Generation Code: | |
| Address: | 3705 HIGHWAY 8 W,MENA,AR,71953 | | Address: | |
| Prev First Name: | SCOTT | S | Prev First Name: | SCOTT |
| Prev Middle Name: | | | Prev Middle Name: | |
| Prev Last Name: | DAVIS | S | Prev Last Name: | DAVIS |
| Prev Generation Code: | | | Prev Generation Code: | |
| Prev. Address: | 2315 1ST ST,PERU,IL,61354 | S | Prev Address: | |
| SSN: | | S | SSN: | |
| DOB: | | S | DOB: | |
| Telephone Number: | | | Telephone Number: | |
| 2nd Prev. Address: | 135 WALKER FARM LN,MENA,AR,71953 | | | |
| Consumer States/Comments: | | | | |
| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. | | | |
| Dispute Code 2: | | | | |
| FCRA Relevant Information: | IMAGE ATTACHED | | | |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 84 | | | | 0-26-2007 | $14472 | $14632 | $13373 | | |
| 94 | L | | | 2-2007 | | $13373 | | | $13373 |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | M | | M | M | 05-3_-2018 | | 09-01-2011 | $161 | I | | 09-01-2011 |
| 08 | | M | | | 07-_-2018 | 12-27-2013 | 09-29-2011 | | I | | 09-01-2011 |

| Compliance Condition Code | SCC | Original Creditor Name | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|
| | | Hometown National Bank | | 08 | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| 02 | | | | | |

| Remarks: | DF Contact #: (815) 220-2221 |
|---|---|

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | 6 | 6 |
| 2017 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2016 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2015 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2014 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 4 | 4 | 4 | 4 | 4 |
| 2013 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 2012 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 2011 | 3 | 2 | 1 | B | - | - | | | | | | |

### Account History ~ Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | 0 | 0 | 0 |
| 2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2016 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2015 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2013 | 0 | 0 | 0 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 2012 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 2011 | 4 | 4 | 4 | B | | | | | | | | |

| Associated Consumer 1 | | | | Associated Consumer 2 | | | |
|---|---|---|---|---|---|---|---|
| Name: | | | | Name: | | | |
| Address: | | | | Address: | | | |
| SSN: | | DOB: | | SSN: | | DOB: | |
| Telephone Number: | | | | Telephone Number: | | | |
| ECOA/Consumer Information Indicator: / | | | | ECOA/Consumer Information Indicator: / | | | |

### Images Information

| Associated Images: | Yes | Image Access Indicators: | #1 | | #2 | | #3 | | #4 | | #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Submitted By:  chris wren                                   (816) 223-7300                     Date:  07-05-2018

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

| Return this dispute response to: | | |
|---|---|---|
| Equifax | | Date Received: 06-21-2018 |
| 1550 Peachtree St, Atlanta, GA, 30309 | | Control # : 99998164039130101 |

| FAX # : | FCRA Response Due Date: 07-05-2018 |
|---|---|
| Account Number: 6000113400000000050 | Response Date: |
| Subscriber Code: Hometown National Bank/559BB07406 | Response Code: 22: Updated disputed account information. Additional account information was also updated. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | | Verif Ind | Response Data | |
|---|---|---|---|---|
| First Name: | WILLIAM | S | First Name: | WILLIAM |
| Middle Name: | S | S | Middle Name: | S |
| Last Name: | DAVIS | S | Last Name: | DAVIS |
| Generation Code: | | U | Generation Code: | |
| Address: | 3705 HIGHWAY 8 W, MENA, AR, 71953 | S | Address: | 3705 HIGHWAY 8 W, MENA, AR, 71953 |
| Prev First Name: | SCOTT | S | Prev First Name: | SCOTT |
| Prev Middle Name: | | U | Prev Middle Name: | |
| Prev Last Name: | DAVIS | S | Prev Last Name: | DAVIS |
| Prev Generation Code: | | | Prev Generation Code: | |
| Prev. Address: | 2315 1ST ST, PERU, IL, 61354 | S | Prev. Address: | |
| SSN: | ██████ | S | SSN: | ██████ |
| DOB: | ██████ | S | DOB: | ██████ |
| Telephone Number: | | | Telephone Number: | |
| 2nd Prev. Address: | 135 WALKER FARM LN, MENA, AR, 71953 | | | |

| Consumer States/Comments: | |
|---|---|
| Dispute Code 1: | 106: Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. |
| Dispute Code 2: | |
| FCRA Relevant Information: | IMAGE ATTACHED |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 84 | | | - | 12-23-2005 | $108985 | $60899 | $84500 | | |
| 94 | L | | | 12-23-2005 | $0 | $0 | $108985 | | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Age of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | M | M | 05-31-2018 | | | | 08-01-2011 | $843 | I | | 03-01-2012 |
| 08 | M | M | 07-12-2018 | 12-27-2013 | | 08-11-2011 | | | | | 03-01-2012 |

| Compliance Condition Code | SCC | Original Cr. Name | | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | HOMETOWN NATIONAL BANK | | | 08 | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| 02 | | | | | |

| Remarks: | FREDDIE MAC ACCOUNT | DF Contact #: (815) 220-2221 |
|---|---|---|

**Account History – Request**

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2017 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2016 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2015 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2014 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 4 | 4 | 4 | 4 | 4 |
| 2013 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 2012 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 2 | 1 | B | - |
| 2011 | - | - | - | - | - | - | | | | | | |

**Account History – Response**

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| 2017 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2016 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2015 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2013 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 2012 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 2 | 1 | B | 4 |
| 2011 | - | - | - | - | - | - | | | | | | |

**Associated Consumer 1**

| Name: | | | | |
|---|---|---|---|---|
| Address: | | | | |
| SSN: | | DOB: | | |
| Telephone Number: | | | | |
| ECOA/Consumer Information Indicator: / | | | | |

**Associated Consumer 2**

| Name: | | | | |
|---|---|---|---|---|
| Address: | | | | |
| SSN: | | DOB: | | |
| Telephone Number: | | | | |
| ECOA/Consumer Information Indicator: / | | | | |

**Images Information**

| Associated Images: | Yes | Image Access Indicators: | #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|---|---|---|

Submitted By: chris wren     (651) 223-7300     Date: 07-05-2018

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

| Return this dispute response to: | | | | |
|---|---|---|---|---|
| Equifax | | | Control # : | 9999815709561079 |
| 1550 Peachtree St/Atlanta,GA 30309 | | | | |
| FAX # : | | | FCRA Response Due Date: 06-29-2018 | |
| Account Number: 26060000000010 | | | Response Date: | |
| Subscriber Code: Hometown National Bank/559BB07406 | | | Response Code: | |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: WILLIAM | | First Name: |
| Middle Name: S | | Middle Name: |
| Last Name: DAVIS | | Last Name: |
| Generation Code: | | Generation Code: |
| Address: 3705 HIGHWAY 8 W,MENA,AR,71953 | | Address: |
| Prev First Name: SCOTT | | Prev First Name: |
| Prev Middle Name: | | Prev Middle Name: |
| Prev Last Name: DAVIS | | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: 2315 1ST ST,PERU,IL,61354 | | Prev. Address: |
| SSN: | | SSN: |
| DOB: | | DOB: |
| Telephone Number: | | Telephone Number: |
| 2nd Prev. Address: 135 WALKER FARM LN,MENA,AR,71953 | | |

Consumer States/Comments:

| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. |
|---|---|
| Dispute Code 2: | |

FCRA Relevant Information:

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 84 | | | | 10-26-2007 | $14472 | $14632 | $13373 | | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | M | 5 | M | 05-31-2018 | | 09-01-2011 | $161 | 1 | | 09-01-2011 |

| Compliance Condition Code | SCC | Original Cr. Name | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |

| Remarks: | DF Contact #: |
|---|---|

## Account History – Request

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 |     |     |     |     |     |     |     |     |     |     |     | 6 |
| 2017 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2016 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2015 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2014 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 4 | 4 | 4 | 4 | 4 |
| 2013 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 2012 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 2011 | 3 | 2 | 1 | B | - | - | - |   |   |   |   |   |

## Account History – Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2017 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2016 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2015 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2014 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2013 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2012 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2011 |     |     |     |     |     |     |     |     |     |     |     |     |

### Associated Consumer 1

Name:

Address:

SSN:                          DOB:

Telephone Number:

ECOA/Consumer Information Indicator: /

### Associated Consumer 2

Name:

Address:

SSN:                          DOB:

Telephone Number:

ECOA/Consumer Information Indicator: /

### Images Information

| Associated Images: | Yes | Image Access Indicators: | #1 | 81789014 | #2 | | #3 | | #4 | | #5 | |

Submitted By:  BATCH BATCH                    Tel#:  (866) 696-7227                    Date:  06-08-2018

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.